**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| RUBEN BARRAZA-ORTIZ, )<br>Reg #68620-079                )<br>   Petitioner,                         )<br>                                           )<br>v.                                        )<br>                                           )<br>ANTHONY HAYNES, Warden,   )<br>FCI – Forrest City                   )<br>   Respondent.                        ) | **Case No. 2:13-CV-00010 JLH-JTK** |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. There have been no objections. The findings and recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint without prejudice.

IT IS SO ORDERED this 10th day of December, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE